300 Multiple Choices

Multiple Choices
The document name you requested (/attorneys/assets/opinions/appellate/unpublished/a3253-15.pdf) could not be found on this server.
However, we found documents with names similar to the one you requested.
Available documents:

/attorneys/assets/opinions/appellate/unpublished/a2353-15.pdf (transposed characters)
/attorneys/assets/opinions/appellate/unpublished/a3523-15.pdf (transposed characters)
/attorneys/assets/opinions/appellate/unpublished/a3251-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3213-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3252-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3853-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3258-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3263-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3223-15.pdf (mistyped character)

IBM_HTTP_Server at www.judiciary.state.nj.us Port 443